AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Block, Frederic | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>05/04/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>225 Cadman Plaza E.<br>Eastern District Court of NY<br>Brooklyn, NY 11201 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Block, Frederic**

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. . | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BECTON DICKENSON CO | A | Dividend | | | Sold | 05/18/10 | J | A | |
| 2. BLACKROCK NY MUNI INC(NAME CHANGE) | C | Dividend | L | T | | | J | | |
| 3. BLACKROCK MUNIYIELD NY QLT(NAME CHANGE) | C | Dividend | L | T | Buy (add'l) | 05/21/10 | K | | |
| 4. COHEN & STEERS CLOSED END OPPTY FD | A | Dividend | J | T | | | | | |
| 5. EATON VANCE INS NY MUN | C | Dividend | L | T | | | | | |
| 6. CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | A | Interest | | | Sold | 09/10/10 | J | | |
| 7. EATON VANCE RISK MANGD DIVRS EQ INC FD | C | Dividend | | | Sold | 01/05/10 | K | | |
| 8. EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | A | Dividend | K | T | Buy | 11/05/10 | K | | |
| 9. EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | K | T | Buy | 01/08/10 | K | | |
| 10. FIA CARD SERVICES NA | A | Interest | J | T | | | | | |
| 11. FRONTIER COMM CORP | A | Dividend | J | T | Spinoff (from line 21) | 05/07/10 | J | | |
| 12. NUVEEN NY INV QUAL MUNI | C | Dividend | K | T | Sold (part) | 11/02/10 | K | A | |
| 13. NUVEEN NY PREF PLS MUNI | C | Dividend | L | T | | | | | |
| 14. NUVEEN NY QUAL INC MUNI | C | Dividend | L | T | | | | | |
| 15. NUVEEN NY SEL QUAL MUNI | B | Dividend | K | T | Buy | 05/21/10 | K | | |
| 16. PIMCO NY MUN INC FD | B | Dividend | K | T | | | | | |
| 17. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | K | T | Buy | 09/15/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES DOW JONES US RE INDEX FD | A | Dividend | | | Sold | 05/06/10 | K | D | |
| 19. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Interest | | | Sold | 09/10/10 | K | | |
| 20. RESEARCH IN MOTION LTD | | None | J | T | | | | | |
| 21. VERIZON COMM COM | B | Dividend | | | Sold | 10/12/10 | J | B | |
| 22. WESTERN ASSET/CLAYMORE INFL.-LNKD OPT & INC FD | B | Dividend | K | T | Sold (part) | 09/10/10 | J | | |
| 23. IRA - ▓▓▓▓▓ | | | | | | | | | |
| 24. ALLIED CAPITAL CORP NEW) | A | Dividend | | | Merged (with line 25) | 04/05/10 | J | | |
| 25. ARES CAPITAL CORP. | A | Dividend | J | T | | | | | |
| 26. ANNALY CAP MGMT INC | B | Dividend | | | Sold | 01/04/10 | K | B | |
| 27. EATON VANCE DIVIDEND BLDR FD CL C | A | Dividend | | | Sold | 01/14/10 | K | | |
| 28. PIMCO TOTAL RETURN FD CL C | B | Dividend | K | T | Sold (part) | 04/22/10 | K | B | |
| 29. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | A | Interest | J | T | Sold (part) | 09/15/10 | J | | |
| 30. CBS CORP. 7.25% 06/30/51 | B | Interest | | | Sold | 08/24/10 | K | | |
| 31. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | J | T | Sold (part) | 09/15/10 | J | | |
| 32. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | B | Interest | J | T | Sold (part) | 09/15/10 | J | | |
| 33. AMERICAN EURO PACIFIC GR FD CL C | A | Dividend | K | T | Buy | 01/14/10 | K | | |
| 34. AMERICAN BOND FD OF AMERICA CL C | C | Dividend | | | Sold | 04/09/10 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMERICAN EURO PACIFIC GR FD CL C | A | Dividend | | | Sold | 05/12/10 | K | | |
| 36. AMERICAN GROWTH FD OF AMERICA CL C | A | Dividend | K | T | Buy | 05/12/10 | K | | |
| 37. ARROW DWA BALANCED FD CL A | A | Dividend | M | T | Sold (part) | 02/11/10 | K | | |
| 38. ARROW DWA BALANCED FD CL A | A | Dividend | M | T | Buy (add'l) | 08/03/10 | L | | |
| 39. BLACKROCK EQUITY DIV FD C | A | Dividend | L | T | Sold (part) | 04/22/10 | K | | |
| 40. BLACKROCK EQUTY DIV FD C | A | Dividend | L | T | Buy (add'l) | 08/03/10 | L | | |
| 41. BLACKROCK HL SC OPP C | | None | | | Sold | 02/11/10 | K | B | |
| 42. CALAMOS CONV OPP INC FD | C | Dividend | | | Sold | 06/04/10 | K | | |
| 43. CALAMOS CONVERTIBLE FD CL C | A | Dividend | | | Sold | 02/11/10 | K | B | |
| 44. CALMOS STRAT TOT RET RETURN FD | A | Dividend | K | T | Buy | 01/04/10 | K | | |
| 45. COHEN & STEERS CLOSED END OPPTY FD | B | Dividend | | | Sold | 10/07/10 | K | | |
| 46. EATON VANCE RISK MNGD DIV.EQ INCM FD | A | Dividend | K | T | Buy | 06/04/10 | K | | |
| 47. -EVERGREEN MANAGED INCOME FUND Multi Sector | C | Dividend | | | Merged (with line 48) | 07/13/10 | K | | |
| 48. WELLS FARGO ADVANTAGE MULTI SECTOR INC. FD. | B | Dividend | K | T | | | | | ' |
| 49. INVESCO VAN KMPN BD FD INC | A | Dividend | L | T | Buy | 02/11/10 | K | | |
| 50. INVESCO VAN KMPN BD FD INC | A | Dividend | K | T | Sold (part) | 10/19/10 | K | A | |
| 51. IVY ASSET STRATEGY FD CL C | | None | | | Sold | 08/03/10 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J HANCOCK INC SEC | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 53. J HANCOCK PREF INC 2 | A | Dividend | K | T | Buy | 08/24/10 | K | | |
| 54. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Dividend | K | T | Redeemed (part) | 11/05/10 | K | | |
| 55. THORNBURG INC BUILDER FD CL C | B | Dividend | L | T | | | | | |
| 56. FIA CARD SERVICES NA RASP | A | Interest | J | T | | | | | |
| 57. USB CAPITAL VI 5.75% 3/9/35 | B | Dividend | | | Sold | 03/05/10 | K | A | |
| 58. -LOOMIS SAYLES INV GRADE BOND FD CL C | C | Dividend | | | Sold | 01/04/10 | J | | |
| 59. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | L | T | Buy (add'l) | 03/05/10 | K | | |
| 60. LORD ABBETT FLOATING FD CL C | A | Dividend | L | T | Buy | 09/28/10 | K | | |
| 61. MFS UTILITIES FD SER TR VI UTL CL C | B | Dividend | | | Sold | 12/17/10 | L | A | |
| 62. NUVEEN BUILD AMER BD FD | A | Dividend | K | T | Buy | 04/27/10 | K | | |
| 63. NUVEEN BUILD AMER BD FD | A | Dividend | K | T | Sold (part) | 08/31/10 | K | A | |
| 64. NUVEEN QUAL PREF INC 2 | A | Dividend | K | T | Buy | 08/24/10 | K | | |
| 65. NUVEEN QUAL PREF INC 3 | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 66. PIMCO ALL ASSET ALL AUTH FD CL C | C | Dividend | M | T | Buy (add'l) | 01/25/10 | L | | |
| 67. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | K | T | Buy | 09/15/10 | K | | |
| 68. PIMCO REAL RETURN FD CL C | B | Dividend | | | Sold | 02/25/10 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PRUDENTIAL JENNISON EQ INC FD CL C | B | Dividend | L | T | Buy | 04/22/10 | K | | |
| 70. PRUDENTIAL TOTAL RETURN BD FD CL C | A | Dividend | K | T | Buy | 04/22/10 | K | | |
| 71. PUTNAM VOYAGER FD CL C | A | Dividend | K | T | Buy | 12/17/10 | K | | |
| 72. BANK OF SMITHTOWN | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544